UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH JACQUET** | **CIVIL ACTION NO. 6:11-cv-1586** |
|     **LA. DOC #118386** | |
| **VS.** | **SECTION P** |
| | **JUDGE MELANÇON** |
| **WARDEN LYNN COOPER** | **MAGISTRATE JUDGE HANNA** |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein [Rec. Doc. 5], noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for *habeas corpus* be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 20th day of December, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE